JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JERRY A.N.,[1]

          Plaintiff,

     v.

ANDREW SAUL, Commissioner
of Social Security Administration,

          Defendant.

CASE NO.  2:19-cv-09974-JC

JUDGMENT

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of
Social Security Administration is AFFIRMED.

DATED:  January 21, 2021

_____
                 /s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff's name is partially redacted to protect his privacy in compliance with Federal
Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
Administration and Case Management of the Judicial Conference of the United States.